# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

---

SHIVA STEIN, :
:
    Plaintiff, : Case No. 1:21-cv-00019-RGA
:
v. :
:
ZAGG INC, CHERYL A. LARABEE, CHRIS :
AHERN, DAN MAURER, SCOTT STUBBS, :
MICHAEL BIRCH, RON GARRIQUES, and :
EDWARD TERINO, :
:
    Defendants. :

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 26, 2021      **RIGRODSKY LAW, P.A.**

    By: */s/ Gina M. Serra*
        Seth D. Rigrodsky (#3147)
        Gina M. Serra (#5387)
**OF COUNSEL:**         300 Delaware Avenue, Suite 210
        Wilmington, DE 19801
**WOLF HALDENSTEIN ADLER**         Telephone: (302) 295-5310
**FREEMAN & HERZ LLP**         Facsimile: (302) 654-7530
Gloria Kui Melwani         Email: sdr@rl-legal.com
270 Madison Avenue         Email: gms@rl-legal.com
New York, NY 10016
Telephone: (212) 545-4600         *Attorneys for Plaintiff*
Facsimile: (212) 686-0114
Email: melwani@whafh.com